468 A.2d 839

Commonwealth v. Simpson, Appellant.

Submitted

June 15, 1983.   Anthony G. Bateman, for appellant;  Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.